# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROXANNE B. MALIK WIFE OF/AND
ALI I. MALIK, INDIVIDUALLY
AND ON BEHALF OF THEIR MINOR
CHILDREN: NRM; ZAM; AND IAM

NO.  2023 CW 1063

VERSUS

KATHIE PESSES KABRICH WIFE
OF/AND RICHARD WAYNE KABRICH

**OCTOBER 25, 2023**

---

In Re:   Roxanne B. Malik wife of/and Ali I. Malik, individually and on behalf of their minor children: NRM; SAM; and IAM, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202312465.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

      **STAY DENIED; WRIT GRANTED WITH ORDER.**  The portion of the district court's September 25, 2023 ruling which denied, in part, the motion to compel filed by plaintiffs as to discovery on any matter occurring prior to 2023 is vacated.  Plaintiffs' petition set forth allegations as to certain actions which occurred prior to 2023.  Parties may obtain discovery regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action.  La. Code Civ. P. art. 1422.  Accordingly, we find the district court erred in finding that any matter occurring prior to 2023 was not relevant to this action.  This matter is remanded to the district court to make a determination as to the discovery requests which should be answered by defendants in light of this finding and to provide sufficient opportunity to defendants to respond to the discovery as ordered by the district court prior to a hearing on the preliminary injunction.  Moreover, we note that defendants' responses to discovery should comply with La. Code Civ. P. art. 1458.

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT